IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, series 2002-AR1<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY A. BALL, JANECE F. BALL, UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 10-cv-872-MJR-PMF |

## ORDER CONFIRMING SALE

The Judicial Sales Corporation, the Special Commissioner appointed to conduct the sale of the property at issue in this mortgage foreclosure action, has now filed its Report of Sale and Distribution of the proceeds of Sale (Doc. 74).  Also before the Court is the judgment creditor, Plaintiff Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities, Inc., asset-backed, pass-through certificates, series 2001-AR1, moving approval of the report of sale and distribution of the sale funds (Doc. 75).

The Court finds that The Judicial Sales Corporation has, in all things, proceeded in accordance with all the terms of the Judgment heretofore entered in making the Sale of the premises st issue (commonly known as 90 Alex Lane, Murphysboro, Illinois 62966) and in distributing the proceeds derived from the sale;

The Court further finds that the proceeds of sale of the premises were in the sum of SIXTY THREE THOUSAND TWO HUNDRED FIFTY DOLLARS AND NO CENTS, ($63,250.00) and that The Judicial Sales Corporation has retained therefrom for their fees and commissions in accordance with the terms of said Judgment, the sum of FOUR HUNDRED DOLLARS AND NO CENTS ($400.00).

Municipality may contact the below with concerns about the real property:

Holder of the Certificate of Sale:
| | |
|---|---|
| CONTACT | HOMEWARD RESIDENTIAL, INC. |
| | C/O MICHELLE TROTTER |
| ADDRESS | 1525 S. BELT LINE RD. |
| | COPPELL, TX 75019 |
| TELEPHONE NUMBER: | 800-358-8426 |

IT IS THEREFORE ORDERED that Plaintiff Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities, Inc., asset-backed, pass-through certificates, series 2001-AR1, motion for approval of the report of sale and distribution of the sale funds (Doc. 75) is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

That said sale of the premises included herein by The Judicial Sales Corporation and the distribution by them of the proceeds of sale and the Report of Sale and Distribution be and they are hereby in all respects approved, ratified and confirmed.

IT IS FURTHER ORDERED that an Order of Possession be and is hereby entered. The United States Marshal's Service for the Southern District of Illinois is hereby directed to evict only the Defendants, ANTHONY A. BALL AND JANECE F. BALL, from the premises described as the following:

LOT 2 IN MIRANDA HEIGHTS, BEING A SUBDIVISION OF A PART OF THE SOUTHEAST QUARTER OF SECTION 19 IN TOWNSHIP 8 SOUTH, RANGE 2 WEST, 3RD P.M., JACKSON COUNTY, ILLINOIS AS PER PLAT THEREOF RECORDED OCTOBER 7, 1998, IN PLAT CABINET 2, SLOT 85A, RECORDER'S OFFICE, JACKSON COUNTY, ILLINOIS. LESS AND EXCEPTING THAT PART CONVEYED TO WILLIAM EUGENE BALL AND JOSIE MARIE BALL IN WARRANTY DEED ON JUNE 6, 2000 IN BOOK 1056 PAGE 188.

Common Address: 90 ALEX LANE, MURPHYSBORO, IL 62966

and place in possession Plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2002-AR1. No occupant of the property not specifically named in the caption may be evicted

pursuant to this Order without a Supplemental Order for Possession or an Order of Possession pursuant to a Forcible Entry and Detainer Complaint.  Possession is stayed thirty (30) days, pursuant to 735 ILCS 5/15-1701(d).  The mortgagors, ANTHONY A. BALL AND JANECE F. BALL, shall have a special right to redeem the mortgage for thirty (30) days pursuant to 735 ILCS 5/15-1604.  Pursuant to 28 U.S.C. §2410(c), the United States shall have one hundred twenty (120) days to redeem its liens.

IT IS FURTHER ORDERED that The Judicial Sales Corporation be and is hereby ordered, upon presentation by the successful bidder, of the duly issued Certificate of Sale, to immediately issue a Judicial Deed for the subject premises to the successful bidder.  All claims of parties to the foreclosure are hereby terminated and barred pursuant to 735 ILCS 5/15-1509 (c).

IT IS FURTHER ORDERED that the Deed to be issued hereunder is a transaction that is exempt from all transfer taxes, either State or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Judicial Deed issued hereunder without any exemption stamps.

The Court further find that under said Judgment, there remains a deficiency balance in the sum of $(157,915.87), and an In-Rem Judgment is hereby entered.

**DATED:  August 21, 2012**

s/ *Michael J. Reagan*
**MICHAEL J. REAGAN**
**UNITED STATES DISTRICT JUDGE**